## Case No. 4,184.

DU PONT et al. v. BOSHONG et al.

[1 Wkly. Notes Cas. 378.]

Circuit Court, E. D. Pennsylvania. April 17, 1875.

Sydney Biddle and Mr. McMurtrie, for the motion.

Mr. Baer, of Reading, and Mr. Bullitt, contra.

THE COURT (McKENNAN, Circuit Judge,) said that this was a very peculiar case, and, without deciding the question of jurisdiction, asked whether some amicable arrangement could not be made between counsel.

Mr. Bullitt suggested that a receiver should be appointed, and gave notice that he would move to that effect next week, and in the meantime agreed that the sale should be adjourned.